In the Matter of the Application of JOHN M. HORAN and ELIZABETH HORAN, Appellants, v. WILLIAM E. WALSH and Others, Constituting the Board of Standards and Appeals of the City of New York, Respondents, and REBECCA FRIEDMAN and Others, Intervenors, Respondents.— Order confirming determination of the board of standards and appeals unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Tompkins, JJ.

In the Matter of the Petition of JACOB LEVENSON to Render and Settle His Account as Administrator, etc., of ARON LEVENSON, Deceased. JACOB LEVENSON, Individually and as Administrator, etc., of ARON LEVENSON, Deceased, BERNARD LEVENSON, MAX LEVENSON and SARAH WEISMAN, Appellants; KATE LEVENSON and Others, Respondents.— Order of the Surrogate's Court of Kings county, as resettled, denying motion for resettlement of proposed case on appeal and proposed amendments thereto, affirmed, with ten dollars costs and disbursements to respondents, payable by appellants. No opinion. Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ., concur.

In the Matter of Charges Preferred by JAMES F. CASHIN, Captain Second Precinct, against ROBERT F. TOMPKINS, Shield No. 205, Assigned to Second Precinct. ROBERT F. TOMPKINS, Appellant; FRANK B. DEVLIN, as Commissioner of Public Safety of the City of Yonkers, Respondent.— Determination of the commissioner of public safety of the city of Yonkers unanimously confirmed. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Tompkins, JJ.